

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————————

No. 02-19-00234-CV

———————————————————

IN RE TONYA COUCH, Relator

———————————————————

Original Proceeding
Trial Court No. CDC2-C009633-00

———————————————————

Before Birdwell, Bassel, and Womack, JJ.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus and motion seeking a temporary stay of the trial court proceedings. The court is of the opinion that all relief should be denied. Accordingly, we deny relator's petition for writ of mandamus and motion for a temporary stay. *See* Tex. R. App. P. 52.8(a), (d).

Per Curiam

Delivered: July 26, 2019